# EXHIBIT B
# TO PROPOSED
# SECOND AMENDED
# COMPLAINT



40 Journal Square • Jersey City, NJ 07306 • (201) 876-3800

July 9, 2004

Elise Scanlon
Executive Director
2101 Wilson Blvd., Suite 302
Arlington, VA 22201

Re:  Letter of Assurance

Dear Ms. Scanlon,

This is to assure and certify the information that is being provided is accurate and true.

Kevin L. Kirkley
Executive Director
The Chubb Institute
Jersey City Campus

Confidential or Student
Information

6-HTI 3384

# The Chubb Institute, Jersey City Campus
## Interim Report
### July 2004

Confidential or Student
Information

6-HTI 3382

### Enclosures

### Section One

Jersey City Improvement Plan

Completion & Placement Charts (Separate Binder)

### Section Two

| | |
|---|---|
| Exhibit 1: | CompTIA Welcome Page |
| Exhibit 2: | Evening Instructor CTT Prep Agenda 8/25/03 |
| Exhibit 3: | RMS Documents |
| Exhibit 4: | CompTIA CTT Certification |
| Exhibit 5: | Brain Bench |
| Exhibit 6: | Brain Bench Certification Results |
| Exhibit 7: | Reference Library 24x7 |
| Exhibit 8: | Study Skills Workshop |
| Exhibit 9: | Samples of Instructor Membership and Trade Activities |
| Exhibit 10: | Education Bi-weekly Meeting Agenda 10/16/03 |
| Exhibit 11: | New Student Orientation |
| Exhibit 12: | Instructor Appraisal |
| Exhibit 13: | Chubb Institute Admissions Manual |
| Exhibit 14: | Financial Aid/Student accounting Training |
| Exhibit 15: | Education Manager Registrar National Meeting |
| Exhibit 16: | Career Services Brain Bench The Measure of Achievement |
| Exhibit 17: | Jersey City Minutes of Advisory Council Meeting |
| Exhibit 18: | Northeast Region Campus Weekly Career Services Activity Report |
| Exhibit 19: | New Program Offerings |
| Exhibit 20: | Study Training Assistance Resource (STAR) |

Confidential or Student
Information

**6-HTI 3385**

# Institutional Improvement Plan

## 2003

## The Chubb Institute
### Jersey City

Confidential or Student
Information

6-HTI 3386

# Jersey City Institutional Improvement Plan

Mission Statement ................................................................ Page 3
Programs of Study .................................................................. Page 4
  Graphic Design.................................................................Page 4
  Network Security................................................................ Page 4
  Medical Administration............................................... Page 5
  Computer Technician................................................Page 5

Programs of Study – 2004 New Course Offerings
  Legal Administrative Assistant.................................... Page 6
  Paralegal................................................................ Page 6

Placement (Career Services) ..............................   Page 8

Admissions and Recruitment ............................... Page 9

Administration and Financial Management ........................... Page 10

Education ....................................................... Page 11

Instructor Development.......................................... Page 14

Facilities and Equipment ................................... Page 19

Growth.. ...................................................... Page 20

Institutional Goals and Benchmarks....................... Page 21

Confidential or Student
Information

6-HTI 3387

## Mission

The Chubb Institute and its students share a common objective: the placement of graduates as business and information processing professionals. The school's role in achieving the mission is to: (1) keep current with employer expectations; (2) maintain admissions and academic standards based on these expectations; and (3) provide instruction and resources relevant to these expectations.

The student's role is to (1) dedicate the time needed for studies and Career Service activities; (2) develop the ability to solve problems independently; and (3) take responsibility for personal performance.

In 1970, The Chubb Corporation, one of the largest insurance and financial services organizations in the world, determined that they could not find the kind of high-caliber computer professionals they needed to run their multi-million dollar computer center. So they began training people themselves. This proved to be so successful that other large companies asked Chubb to supply them with highly trained computer professionals. And so, the Chubb Institute was born.

As a proprietary school, The Chubb Institute has always focused on its mission of preparing its students to graduate as business and information processing professionals. Its goal is to "provide the highest quality training that enables a person to start or enhance their career as computer professionals." It has always made it a point to deliver current technology to the students so that they will be competitive in the field and the job market as they graduate. Its method of instruction implores Full Immersion Training, which uses hands on approach with real-world projects, pressures and deadlines to help acquire the on-demand skills for computer professionals. The Chubb institute simulates a business like environment so its students not only gain technical skills, but also develop professional attributes that are attractive to employers. Included in its curriculum are career services modules to better equip its students with job searching skills. Students participate in Career Services activities that are designed to enable students to achieve a high level of proficiency in professional development skills to enable them to successfully seek and maintain employment.

Today the Chubb Institute has expanded to include multiple locations and is the wholly owned subsidiary of The Chubb Corporation. The Jersey City Campus was founded in 1986.

Confidential or Student
Information

6-HTI 3388

3

## Programs of Study

Due to the need to keep current with the ever changing IT market the following courses were implemented in 2003:

### Multimedia Design

In this program the student will develop an understanding of visual/graphic design, interface design, and information architecture. The course provides the student with hands-on experience using a number of multimedia and content development software applications running on a Macintosh system.

A career-planning course will explore the different entry-level career opportunities available today, including Flash Programmer, Jr. Web Developer, Web Designer, and Multimedia Specialist. The curriculum is 1000 hours and 54 credits and is divided into 12 courses. The program is taught over approximately 10 months full-time, 16 months part-time.

### Network Security

The Network Security Diploma program will explore the aspects of security in the enterprise. The course will cover security analysis, design and configuration from a network and systems perspective. The course will also include general broad-based security concepts as standard operating procedures. The key topics covered will include: Networking Essentials, Windows NT/2000 Security, Linux, Directory Services, Messaging and Collaboration systems, Switches and Routers, Security Fundamentals, Organizational Security, Intruder Detection and System Hardening. This course includes a comprehensive interoperability project incorporating all disciplines learned. Integrated into the program are business skills courses aimed at making our graduates proficient in soft skills as well as technical subjects.

A Career Planning course will explore the different entry-level career opportunities available today, including Systems Analyst, Systems Administrator and Network Administrator. The curriculum is 1200 hours and 63 credits and is divided into 15 courses. The program is taught over approximately 12.5 months full-time, 19.5 months part-time.

Confidential or Student
Information

## Medical Administration

The Medical Administration program provides students with a variety of coursework in medical studies that includes a combination of theoretical and practical training. Emphasis is placed on medical terminology and the practices and procedures commonly associated with the operation, administration, and record keeping of a medical office. Upon successful completion of the program, graduates can pursue entry-level positions with health care agencies, physician's offices, group practices, governmental agencies and private insurance companies.

A Career Planning course will explore the different entry-level career opportunities available today, including Medical Records Secretary, Medical Terminology Data Entry Secretary, Medical Inpatient Biller, Medical Billing Clerk, and Medical Coder. The curriculum is 1000 hours and 76.5 credits and is divided into 17 courses. The program is taught over approximately 10 months full-time, 19.5 months part-time.

## Computer Technician

The Computer Technician diploma program is aimed at individuals who are interested in acquiring the skills required for providing technical support. Students will learn how to install, troubleshoot and repair hardware and software in a real-time business environment. Key topics will include hardware fundamentals, network essentials, security fundamentals, installation, configuration and imaging of desktop operating systems, messaging and office productivity software. This program will conclude with an interoperability lab that will challenge the student to employ all the disciplines learned, Integrated into the program are courses aimed at making our graduates proficient in business skills as well as technical subjects.

A career-planning course will present the different entry-level career opportunities available today, including Desktop Administrator, Network and PC Support Technician, PC Technician, Lead PC technician and Help Desk Technician. The program is 1200 hours and 63 credits and is divided into 16 courses. The program is taught over approximately 12.5 months full-time, 10.5 months part-time.

Confidential or Student Information

## Programs of Study – 2004 New Course Offerings

### Legal Administrative Assistant

The Legal Administrative Assistant Diploma program prepares students to work in law firms, corporations, and law-related government offices as legal receptionist, and legal administrative assistants. Legal terminology, document preparation, and legal procedures, as well as word processing, computer applications, and written communication skills are emphasized for today's high-tech law offices.

Graduates of this program may find entry-level employment opportunities in a variety of legal environments. The program is 750 hours and 39 credits and is divided into 9 courses. The program is taught over approximately 7.5 months full-time, 13 months part-time.

### Paralegal

The Paralegal Diploma program are designed for individuals who are seeking entry-level education in the paralegal field. The program provides foundation level knowledge in all areas of general law to enable students to seek employment in public or private law practice or government law related activities. It also trains individuals who are interested in learning the law in order to handle their personal or business affairs.

Graduates of this program may find entry-level employment opportunities as a corporate paralegal, legal assistant, tort paralegal, or family law paralegal. Students applying for admissions to the Paralegal Diploma program will be required to have a minimum of an associate degree from an accredited postsecondary institution. The program in 1000 hours and 72 credits and is divided into 16 courses. The program is taught over approximately 10 months full-time, 17 months part-time.

## Programs of Study – Change In Market

Keeping current with changing technologies is critical in career training. The corporate research and development group are continually evaluating our course offerings so that the programs we offer are current and up-to-date. The Career Services department is in constant communication with our advisory group and employers, so there is a continual monitoring of the relevancy and demand for graduates from our programs.

In conjunction with always modifying and upgrading our current programs,
we anticipate offering in 2005 Business Administration programs. Also, the school is actively pursuing degree-granting status which is anticipated in 2008.

6-HTI 3391

6

Confidential or Student Information

Over the past few years we have realized higher than normal attrition rates.
Research regarding our attrition problems has identified the following reasons for students dropping

## Shift in Primary Market

During the past couple of years we have realized a significant market shift. Traditionally, the Chubb Institute has catered to the Career changer market, i.e. individuals who were currently employed and desired to enhance their IT skill sets to further advance in their careers. As of now, our target population has changed to career starters. This population is traditionally younger, lacking of financial resources and very weak on professional and soft skills.

## Financial Issues

The career starter does not have financial resources of the more mature career changer. This puts a great strain on our student population and in many cases was the primary reason why student could not continue their training.

## Program Intensity and Content

From 2001 through 2003 the average length of our programs ranged between 480 and 600 hours. These program lengths were appropriate for the market we were serving at the time. However, as our market began to change from career changer to career starter it became apparent that the expectations we had concerning student ability and performance were too aggressive. Younger students simply need more development time in their curriculum. Additionally, the career starter market needs more coursework in general business. Our 480 to 600 hour programs did not address this need

## *Corrective Action Plan*

The results of our analysis led us to the realization that we needed to revise our curriculum. Due to the slowly recovering IT market and a change in our population from career changer to career starter, it became clear that our past course curriculum was too aggressive in term of time and content.

Consequently, the newer programs outlined above, are designed to address the retention and placement issues we are facing. These programs are closely aligned with today's employment market. Additionally, these programs are longer, which reduces the intensity of the course, and includes general business courses which are more appropriate for the career starter market we are servicing.

6-HTI 3392

Confidential or Student
Information

## Placement – Career Services

The ability to assist students in obtaining employment at the completion of their training program is key to meeting the Institutes mission goal. Improved communications with our students and efforts to recruit and attract new employers are instrumental in the success of placing our students.

*Goals*

- Training for Career Services Representatives is on going throughout the year. Minimally, formal training is held at our corporate headquarters once per year. **(Exhibit 17)**

- Continued focus on the employment rate of the school is essential. We will continue to explore strategies that will provide more employment opportunities for our students. Focused telemarketing efforts to identify open job orders is the cornerstone of our strategy. **(Exhibit 18)**

- BrainBench Testing will be utilized to measure and develop the sales skills of our career services personnel. Testing will be used to assess current skills and then to improve upon them. **(Exhibit 16)**

    Brainbench, Inc. has been in business since 1998 and provides online certification and assessment of more than 375 different skills that drive business success today. All of their skills assessments are web-based, with the Brainbench community including over 3.7 million registered users. Many companies rely on Brainbench to find the right candidates, assess in-house skills, and reach larger recruitment audiences. Some current clients include: Booz Allen Hamilton, Cerner, DrKW, EDS, Element K, Guru, Lycos, Manpower, Mindbank, Monster, PeopleSoft, Qwest, and Verizon.

- On-site job fairs will be conducted to allow employers to recruit students at the campus. **(Exhibit 17)**

- June 2003 – Plan to add an additional Career Services Representative

- June 2005 – Plan to add an additional Career Services Representative (Projected Population – 425)

- January 2006 – Plan to add an additional Career Services Representative (Projected Population – 450)

6-HTI 3393

Confidential or Student
Information

## Admissions and Recruitment

The current student market for the programs in which we train is diverse in age, gender and ethnic background. The population breakdown is as follows; 55% male, 83% minority, and 86% are single. We intend to continue with our current admission requirements: high school diploma or GED. It is also required that each prospective student goes through an initial interview with an Admissions Representative. For acceptance into the school the following items are required; Official application, completed acceptance letter, completed enrollment agreement, and payment of registration fee.

Admissions Representatives will continue to be trained and developed in line with the school's mission so they may be effective in their ability to select students who will be successful in school and in their respective work environment.

*Goals*

There are no anticipated changes in the admissions process. However, we have implemented changes in our orientation program to include greater student participation and have implemented a program to provide us with more information about "at risk" students. The school has recently developed a comprehensive student retention program with the goal of supporting students on a more individual and timely basis.

The Admissions Department is scheduled to grow from a staff of seven to a staff of eleven by December of 2003. This is necessary to support the projected growth of the school. This level of staffing will provide the necessary services through the year 2007.
(Exhibit 13 – Admissions training and development documents)

**6-HTI 3394**

9

Confidential or Student Information

## Administration and Financial Management

The newly created Operations Department includes the Accounting, Financial Aid, and Administrative personnel of the campus. This department is tasked with improving the administrative effectiveness and performance of the campus. As we continue to streamline our operations we hope to see higher customer satisfaction rates.

The primary focus of this department is to provide superior customer service to our students. To accomplish this, the three departments have been relocated in the same area on the second floor. This enables our students to receive all financial and administrative information at the same location.

*Goals*

- o The Administrative, Financial Aid and Accounting Departments will continue to receive formal training from the corporate office of the Chubb Institute. This training is conducted minimally once per year. (Exhibit 14)
- o January 2006 - Plan to add an additional Accountant, Educational Coordinator and Financial Aid Administrator (Projected Population – 450 students)
- o January 2008 - Plan to add an additional Accountant and Financial Aid Administrator (Projected Population – 600 students)

6-HTI 3395

Confidential or Student Information

10

## Education

The primary goal of the education department is to provide comprehensive training to our students. Keeping with our customer satisfaction emphasis the following areas will be critical for 2003 and beyond to insure the school meets its mission.

### *Student Support Programs - Retention*

### Retention Management System (RMS)

The Chubb Institute has just contracted with Noel Levitz, a company which is considered a leader in developing successful retention management programs. The mechanics of the program are as follows:

- Each student will be asked to complete the college inventory summary which will provide the student and the school, information regarding the student's views on education, social perspectives, and financial stability.
- When the results of this survey is received, each student will meet with an Advisor to discuss the report and develop strategies to assist the student in dealing with any concerns
- The student Advisor will be responsible for referring, tracking and meeting with the student on an as needed basis to insure student success.

Knowing how critical the first three to six weeks of school are, it becomes imperative that we learn as much as possible about our students' needs if we are to intervene successfully to retain them in school. When students experience academic, social, or financial difficulties during their first term, many will drop out. Hence, front-loading the first few weeks with high quality experiences, as well as fruitful contacts with faculty and staff becomes absolutely critical to student persistence and success in the educational environment.

The RMS is an early-intervention, early alert system based on students' self-reported information gathered through the College Student Inventory (CSI). The RMS has been designed to allow intuitions to:

1. Assist students' individual academic and personal needs.
2. Gives the opportunity to review the school's programs and objectives, and explain the policies and regulations in a more personal direct way
3. Recognize students' specific strengths, as well as coping mechanisms.
4. Act as an "early warning" system for individual student discontentment and/or financial and academic issues. Allows the opportunity to recommend assistance, alert other faculty and staff regarding problems and resolve them in a faster, more positive way
5. Use the information about students' strengths and needs to implement successful intervention programs.
6. Recognize students' attitudes and motivational patterns, so that intervention is more successful.

**6-HTI 3396**

11

Confidential or Student Information

7. Enable advisors to participate in effective and rewarding contact with students early in the first term.

The primary purpose of the RMS is to foster effective communication between students and their advisors. The RMS accomplishes this by identifying students' needs, strengths, attitudes, motivational patterns, resources, coping mechanisms, and receptivity to intervention. **(Exhibit 3 - RMS documents)**

**Other student support programs the Institute utilizes are:**

**Comprehensive Student Orientations**

In order to insure students are placed in the right program and understand their responsibilities, we have made the orientation more comprehensive. Attached you will find the agenda utilized for orientation. **(Exhibit 11 – New Student Orientation Agenda)**

**The STAR program (Study Training Assistance Resource)**

This program utilizes students as tutors for students needing academic tutoring. The goals of the STAR program are to:

To provide easy access to a STAR student.
To reduce student withdrawal due to academic failure
To increase daily attendance by providing help sooner rather than later.
To improve daily course work and topic comprehension.
**(Exhibit 21 – Supporting Star Documentation)**

**Study Skills Workshop Series**

The prevailing theme of the Study Skills Workshop is: "UNLOCK YOUR POTENTIAL!"

As students enter the workshops, students receive a wallet size picture of a padlock from Grace Lehotay, Student Success Coordinator, and she says," In this workshop you will be given keys to unlock your potential." After signing in, students are given the workshop materials and they actively participate in the workshop agenda. Grace recounts a poignant moment when she asked, "What key have you learned which is helping unlock your potential?" One student responded, "I have learned to plan my daily schedule, and I have found that I need 26 hours!"

The eight Session Schedule is presented monthly with two one hour workshops each week. Topics include: Time Management, Effective Study Habits, Note Taking, Test Taking Strategies, Overcoming Test Anxiety, Reading and Writing Skills, Active Listening Techniques,

6-HTI 3397

Understanding Your Learning Style, Utilizing Higher Level Thinking Skills, Motivation Techniques.

Faculty and class advisors alike are attending the workshops and are reinforcing the elements of the Study Skills Workshops with their students.

The Study Skills Workshop Initiative holds one of the keys to providing solutions to our collective, on-going challenge:  Retention.
**(Exhibit 8 – Schedules of study skills workshops)**

*Staff Development*

- o  Corporate education conference calls are utilized to discuss current educational issues and solutions  (Exhibit 15)
- o  Attend National Education Meeting, minimally once per year
- o  Addition of a Day Education Manager is planned for January 2006. (Projected Population 450 students)

**6-HTI  3398**

*Instructor Development*

All instructors are given the opportunity to continually develop their technical and teaching skills. From the inception of their tenure with the school, instructors are provided consistent training programs to enhance their skills.

The National Board for Professional Teaching Standards™ policy identifies five core propositions in its "What Teachers Should Know and Be Able to Do".

That teachers...

- Are committed to students and their learning

- Know the subjects they teach and how to teach those subjects to students

- Are responsible for managing and monitoring student learning

- Think systematically about their practice and learn from experience

- Are members of learning communities

With the above proposition as a foundation, in our environment there are three primary categories of skills and knowledge required to deliver quality education:

1. *Methodology*...knowledge and use of teaching techniques, classroom management skills, presentation skills, lesson plans, etc.

2. *Technical*...mastery of the technical topic being taught

3. *Curriculum*...knowledge and use of all curriculum related resources, including the student guide, syllabus, Books24x7 resources, hardware and software, etc.

Having faculty with effective Methodology skills becomes even more important as the average age of our students becomes younger and younger. The Department of Education's National Center for Education Statistics clearly shows a dramatic trend toward younger students enrolling in post-secondary education through 2011.

In addition, with the company actively pursuing Associates Degree granting status to meet the above market shift, the academic credentialing of our Faculty takes on additional significance.

6-HTI 3399

14

Confidential or Student
Information

# COMPLETION AND PLACEMENT CHART

**Name of School:** THE CHUBB INSTITUTE

**Report Date:** June-03

**School #:** M056051

**City:** Jersey City   **St:** New Jersey   **Zip:** 7306   **Phone:** 201 876 3800   **Fax:** 201 876 3623

For each program, provide completion and initial placement information for all students who: 1) started within a twelve (12) month reporting period (or more if needed to show at least three starts), and 2) for which up to 150% of the normal time to complete has passed, and 3) have had up to three months for placement.

**Program title:** IWDBP - DAY   **No. of Starts in Period:** 86   **Program Length in Months:** 7

**Beginning & Ending Date of 12 Month Reporting Period (see Annual Report Instructions for dates):** May-01 ... Apr-02

| # | Class Start Date (month/year) | Jan-01 | Aug-01 | Sep-01 | Nov-01 | Mar-02 | Apr-02 | TOTAL | % | %= |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 2 | Number Started | 19 | 16 | 17 | 12 | 12 | 10 | 86 | 100% | %= |
| 3 | Transfers to Another Program | 0 | 0 | 1 | 0 | 0 | 0 | | | |
| 4 | Transfers from Another Program | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1% | 3/2 |
| 5 | Total Starts plus/minus Transfers (Line 2-3+4) | 19 | 16 | 18 | 12 | 12 | 10 | 85 | 0% | 4/5 |
| 6 | Withdrawn NOT Employed in Field | 13 | 3 | 0 | 0 | 2 | 1 | 85 | 100% | |
| 7 | Withdrawn Employed in Field | 0 | 0 | 0 | 0 | 0 | 0 | 19 | 22% | 8/5 |
| 8 | Grads within 150% of Program Length (Line 5-6-7) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0% | 7/5 |
| 9 | Trained Students (Line 5-6 Completion) | 6 | 13 | 16 | 12 | 10 | 9 | 66 | 78% | 8/5 |
| 10 | Grads Employed in Field | 6 | 13 | 16 | 12 | 10 | 9 | 66 | 75% | 9/5 |
| 11 | Further Education | 2 | 7 | 8 | 5 | 3 | 4 | 30 | 45% | 10/6 |
| 12 | Other Unavailable | 0 | 0 | 1 | 0 | 1 | | 4 | 6% | 11/6 |
| 13 | Avail. for Placement (Line 13=9-11-12) | 5 | 11 | 15 | 11 | 10 | 9 | 1 | 2% | 12/8 |
| 14 | Emp. In Trained Field (Line 14=7+10) | 2 | 7 | 9 | 5 | 3 | 4 | 61 | 92% | 13/9 |
| 15 | Grads in Unrelated Occupations | 0 | 0 | 0 | 3 | 3 | | 30 | 49% | 14/13 |
| 16 | Grads Unemployed | 6 | 12 | 5 | 3 | 7 | 5 | 3 | 5% | 15/8 |
| 17 | Grade Unknown | 0 | 0 | 0 | 0 | 0 | 0 | 38 | 53% | 16/8 |
| 18 | | | | | | | | 0 | 0% | 17/8 |

**Note:** Yellow shaded area (on screen only) shows formulas for automatic calculation.

| | Placement Rate | | TOTAL | | |
|---|---|---|---|---|---|
| 19 | % of Avail. Grads Employed in Unrelated | | 48% | 14/13 |
| 20 | % of Available Grads Unemployed | | 5% | 15/13 |
| 21 | % of Available Grads Unknown | | 62% | 16/13 |
| | | | 0% | 17/13 |

If there is a digit other than zero in one of these fields, there is an error in the data:

| | | | | | | |
|---|---|---|---|---|---|---|
| Checking calculation of Graduates | 0 | 0 | 0 | 0 | 0 | 0 |
| Checking calculation of Trained | 0 | 0 | 0 | 0 | 0 | 0 |
| Checking calculation of Available | 0 | 0 | 0 | 0 | 0 | 0 |
| Checking Available to placed or not | -3 | -8 | 1 | 0 | | -10 |

Confidential or Student Information

*Methodology Skills and Knowledge*

There has been and will continue to be a definite emphasis to further increase the methodology competencies of our teachers. Knowing <u>how</u> to teach is even more important than knowing <u>what</u> to teach. Great educators can cause any topic to come alive and increase the number of students that graduate excited and confident about what they have learned.

CompTia's Certified Technical Trainer (CTT+) is the primary device we will continue to use as the framework to drive this skill set. Equivalents to CCT+, such as being a Board Certified Teacher, will also be designations that demonstrate proficiency.

Really being in touch with the students and having multiple teaching techniques that can truly reach a wide assortment of learners will yield better classroom results. These results ultimately find their way into the employability of our graduates and the recommendation rates of the school.

As we become increasingly concerned with how we teach versus what we teach, having common definitions and language become important. Things like classroom observation and evaluation feedback, promotional criteria, and discussions about techniques that cause our students to learn more effectively, have a way to be effectively communicated.

CTT+ is a cross-industry certification that measures an individual's mastery of fundamental knowledge and classroom performance as defined by the International Board of Standards for Training, Performance, and Instruction. (Exhibit 1- Comp Tia's Web Page) A CTT+ certificate provides recognition that the educator has attained a standard of excellence as defined by technical training experts and is a widely recognized and industry neutral certification whose fourteen competencies aligns well with our education philosophy.

The fourteen competencies of CTT+ are:

- Analyze course materials and learner information
- Assure preparation of the instructional site
- Establish and maintain faculty credibility
- Manage the learning environment
- Demonstrate effective communication skills
- Demonstrate effective presentation skills
- Demonstrate effective questioning skills and techniques
- Respond appropriately to learners' need for clarification or feedback
- Provide positive reinforcement and motivational incentives
- Use instructional methods appropriately
- Use media effectively
- Evaluate learner performance
- Evaluate delivery of instruction
- Report evaluation information

6-HTI 3400

15

Confidential or Student Information

In-house CTT preparation workshops and video workshops are conducted for all instructors to assist them in achieving the CTT. These workshops are facilitated by Senior Instructors and Education Management. **(Exhibit 2 – Sample of actual CCT+ training schedule)**
In addition, these same workshops are utilized for new instructors who may have years of on-the-job technical experience but have not had any formal teaching experience. It is our belief that the competencies listed above are comprehensive and provide a solid teaching foundation. Training in these competencies meet the accreditation criteria that instructors receive training in instructional methods and teaching skills prior to teaching a class.

*Benchmarks*

- All new full-time Faculty hired have six (6) months from their date of hire to become CTT+ or equivalent.
- All new Adjunct Faculty have nine (9) months from their date of hire to become CTT+. **(Exhibit 4 – Samples of CTT+ achievement )**


*Technical Skills and Knowledge*

Our students demand that our Faculty have sufficient and relevant subject matter expertise to effectively teach a course. However, with the ever-increasing speed with which technology is changing, staying current technically is very challenging.

The intent of the focus we are putting in place for this skills and knowledge grouping is to create a simple device that allows the faculty and education management to be comfortable that the level of technical understanding of the faculty is sufficient to effectively teach the topic. Ensuring this base level of technical understanding increases the confidence of our Faculty, further enhances the experience of the student and minimizes the risk of an unhappy class.

An internal Course Certified to Teach (CCT) certification device is used as the framework to drive this technical skill set. This device has two components, one for technical skills and the other for curriculum knowledge and preparedness.

Brainbench, Inc. has been in business since 1998 and provides online certification and assessment of more than 375 different skills that drive business success today. All of their skills assessments are web-based, with the Brainbench community including over 3.7 million registered users. Many companies rely on Brainbench to find the right candidates, assess in-house skills, and reach larger recruitment audiences. Some current clients include: Booz Allen Hamilton, Cerner, DrKW, EDS, Element K, Guru, Lycos, Manpower, Mindbank, Monster, PeopleSoft, Qwest, and Verizon.
**(Exhibit 5 – Brainbench Web Page)**

*Benchmarks*

6-HTI 3401

16

Confidential or Student Information

- A web-based Brainbench, Inc. technical topic mastery test(s) is selected and aligned with every course and/or technical topic taught.
- A minimum test score of 2.75 is required for certification and maintained as a means to gauge technical proficiency for a technical topic. The Brainbench scores are utilized to determine who is technically proficient to teach a given topic. The scores are also utilized to assist in defining and executing a technical skills development plan with Faculty.
- There will be no limit imposed on the number of times faculty can take the test before achieving a passing score. The goal is to have people comfortable that they know the technical topic being taught, not to be fearful of achieving a score lower than the passing threshold.
- All other industry certifications (e.g. MCSE, A+, etc.) are strongly encouraged professional designations

**(Exhibit 6- Examples of Brainbench tests scores achieved by Instructors)**

*Curriculum Skills and Knowledge*

The Course Certified to Teach (CCT) certification device will be used as the framework to drive this curriculum skill set. As mentioned earlier, this device has two components, one for curriculum knowledge and preparedness and the other for technical skills.

Faculty having a thorough knowledge of and being able to fully leverage all curriculum related resources, including the student guide, syllabus, Books24x7 resources, and hardware and software adds significantly to the quality and consistency of the student experience.

The Chubb Institute has partnered with books 24x7, Inc., which provides Instructors with an entire reference library of hundreds of top technical and computer books from trusted publishers for each subject that is taught. Utilizing books24x7, Instructors can bookmark favorite books, build a personalized bookshelf for their reference needs, as well as search, browse, and view the full contents of a book.   Please note additional benefits:

- Provided to all Instructors
- 2000+ complete technical reference books
- Directly linked to courseware via bookmarks
- Comprehensive search capabilities

Books 24x7 provides Instructors with a web based interactive family of products that significantly improves professional performance and growth, and enhances e-learning and web-based training initiatives. Reference ware provides ready access to critical business, technical, and skills development content in an individualized and collaborative environment.

The Books 24x7 resource provides content critical to today's technology. Whether looking for an immediate answer to a problem or brushing up on new technology, a wide spectrum of technology topics are offered.  **(Exhibit 7 – Books24x7 Web Page)**

**6-HTI 3402**

17

Confidential or Student Information

In addition, as our education platform becomes more robust with multiple learning tools to further accelerate the student's potential, staying current on all the tools that are available becomes even more important to our Faculty. The preparedness required to be Course Certified to Teach (e.g. Lesson Plans) is a discipline used throughout our industry and one that will cause our Faculty, our students, and ultimately our company to be more successful.

*Benchmarks*

For the curriculum knowledge and preparedness component, beginning December 1, 2002 the following guidelines regarding CCT went into effect:

- A Course Certified to Teach document is available for every course taught. On this document are the criteria for becoming CCT. This includes:
  - Technical Assessment - The Brainbench technical test(s) to be taken and the associated passing score
  - Curriculum Proficiency - Review of all materials, completion and passing score of all tests, and successful completion of any case study
  - Lesson Plans - Lesson plans have been created and reviewed for all sessions of the course
  - Classroom Observations - Two observations, technical and educational, for the technical courses, and one observation, educational, for the business skills/general education courses have been conducted during the first teach of this course.

- Once the above is completed the faculty member is Course Certified to Teach.

## Trade and Professional Relationships

Instructors are encouraged to participate in trade and professional organizations to keep abreast of industry trends. Listed below are examples of Trade relationships established by Instructors and the campus:

- CompTia – all CTT+ certified instructors are members
- Brainbench, Inc. – all faculty have memberships for the purpose of skill assessment and proficiency testing.
- Thomas Edison College – Instructors have enrolled in Bachelor degree programs
- Member Hudson County School of Technology Advisory Board – Review and discuss new technologies and curriculums
- Member General Medical Council
- Attended 2003 PC Expo Jacob Javits Center, NY City
- Attended Windows Server 2003 Roll-out Seminar, NY City, April 2003
- Attended LinuxWorld at Jacob Javits Center, NY City, February 2003
- Attended on-line presentation Macromedia Breeze, October 2003
- Attended Quark Version 6 Presentation, Parsippany, NJ, September 2003
- Attended on-line workshop given by Apple Computer on the use of Imovie as a teaching tool.
- Member of Who's Who Manchester Executive and Professional Registry
- NJ Tech News – technology publication
- Member IBM Developer Works
- Member Oracle Technology Network

**6-HTI 3403**

Confidential or Student Information

18

- Member Java Pro
- Member of the Chubb Institutes Curriculum review Board
- Member of "Java Ranch" - on-line group of professional and aspiring Java Programmers
- Member of HarvardMD web site
- NetworkWorld – technology publication
- Technology and Learning – technology publication
- Weapons of Mass Instruction – technology publication
- Network Computing - technology publication

Please refer to **Exhibit 9** for Samples of supporting documentation.

**Additional Development Tools**

To further support the development needs of our Instructors the following tools are also utilized:

- Annual Performance Appraisals are completed. This document reviews their performance during the past year and provides direction towards training needs, career development and growth. **(Exhibit 12)**
- Instructor Surveys -- conducted at the end of each class. Allows for direct feedback form students to the Instructor
- Research and Development Experience – During the course of the year, one to two instructors are loaned to the Corporate Research and Development Division to assist in the development of future training programs. This gives the Instructors opportunity to share their knowledge and learn from and work with their peers.

**Summary**

This plan details the Institutes' strategy for Instructor development. The three primary categories of skills and knowledge we believe are essential to delivering quality education are Methodology - knowledge and use of teaching techniques, technical - mastery of the technical topic being taught, and curriculum – knowledge and use of all curriculum related resources

In addition, requiring all Instructors to achieve CTT+ certification along with meeting the requirements of being Course Certified to teach insures preparedness and competency for our students. These programs also insure that our instructors are constantly training and developing their skills.

**6-HTI 3404**

Confidential or Student
Information

## Facilities and Equipment

Currently the campus consists of 18 classrooms and 30 administrative office areas.

During the past year many areas of the campus were painted.  The lobby was remolded and outfitted with new furniture and a new sign was constructed on the face of the building

In 2002, based on the demands of proposed new curricula, along with current industry norms, the decision was made to upgrade the campus' network infrastructure. The facility was upgraded to a 1 GB backbone with 100 MB classroom switches.  The benefits of this upgrade include faster connections to the Internet and student portals, better response time to the student servers, faster throughput and performance for all applications used over the corporate backbone.  This upgrade has provided the greatest scalability for future growth while providing sufficient bandwidth for current needs.

Students are issued laptop computers to use for their training.  This provides students with great flexibility in working on assignments.  As a result of the laptops portability, once class is over, students have the option to work at designated areas in the school, at the Student Center or at home.  Laptops are consistently upgraded to meet the demands of the curriculum.

In addition, the campus purchased four new classroom projectors, Toshiba TLP-S30, during 2003.  These projectors replaced older models and are used to enhance classroom lectures.

*Goals*

- Continue to monitor the performance of our network system.  As a result of the recent upgrade we are properly positioned to address the needs of the students and staff of the campus.  As upgrades are warranted, improvements will be made.

- Laptop machines will continue to be upgraded as our training needs require. The IBM model A31 was the primary laptop utilized in 2003.  The IBM ThinkPad G40 model is scheduled to replace this model in 2004.  This machine has a faster processor and a larger hard drive than the A31.

- Upgrading of approximately three classroom projectors is scheduled per year.

- Remodeling of current space to add three additional classrooms (2006)

- Additionally, improvements will be made to the facility on an on-going basis in regards to appearance.  Painting of the facility and upgrading of furniture will occur as needed.

6-HTI 3405

20

Confidential or Student
Information

## Growth (Current Population 300)

The following are modest growth projections through the year 2007. As the population of the school continues to increase, we will adjust our staffing to ensure adequate service for the students.

| | |
|---|---|
| January 2005 | Projected Population 400 |
| June 2005 | Projected Population 425 |
| January 2006 | Projected Population 450 |
| January 2007 | Projected Population 550 |
| January 2008 | Projected Population 600 |

## Summary

We have had significant improvements to our facility, network system and equipment. The ever changing and growing needs of the campus and the IT field has driven this and we have kept pace with this evolution so that our students experience state of the art technology and comfort.

The staffing strategy we are utilizing is based on planned growth over the next five years. We plan to add staff appropriately as needed as indicated in the body of this report

Due to the ever changing IT industry it is imperative that continual efforts are made to remain current with Employer needs and expectations. The following are the essential elements we will focus on for the immediate and distant future:

- Continue to focus on the development and training of the faculty
- Constant re-evaluation of the curriculum to remain current in the industry
- Keeping customer satisfaction as a main part of our operating strategy
- Continual upgrading of equipment and resources to meet the needs of the curriculum

The strategies outlined in this improvement plan will insure that we remain consistent and improve upon the performance of the campus.

In closing, with a focus on accountability, planning, performance objectives, and the integration and support from all departments, the Jersey City campus is looking forward to a successful 2003 and beyond.

6-HTI 3406

21

Confidential or Student Information

# Institutional Goals and Benchmarks

6-HTI 3407

22

Confidential or Student
Information

Based on Business needs and population hire staff to provide appropriate support for clients, students, and employees

| Goal | Department | Staffing Activities | Benchmarks | Timeframe |
|------|-----------|---------------------|------------|-----------|
| | Admissions | Appointment of a High School Admissions Representative; hiring of an additional Admissions Representative | Weekly performance reports, training agendas, Chubb Institute Training Manual, meeting agendas, annual evaluation documents Exhibit 13 | 2003 to date |
| | | | | Oct-03 |
| | Career Services | Hire a Career Services Representative | Personnel file and other employment documents | |
| | Admissions | Hiring an Assistant Director of Admissions | Personnel file and other employment documents | Jan-05 |
| | Operations | Hiring of Financial Aid Administrator, School Accountant, and Educational Coordinator | Personnel files and other employment documents | Jan-06 |
| | | Hiring of a School Accountant and Financial Aid Administrator | Personnel files and other employment documents | |
| | Career Services | Hire a Career Services Representative | Personnel file and other employment documents | Jan-08 |
| | Career Services | Hire a Career Services Representative | Personnel file and other employment documents | Jun-05 |
| | Education | Hiring instructors as needed to provide satisfactory training to students | Personnel file and other employment documents | Jan-06 |
| | | | | As student population dictates |
| | Education | Hire Day Education Manager | Personnel file and other employment documents | Jan-06 |

Confidential or Student Information

6-HTI 3408

| | | | |
|---|---|---|---|
| Admissions Representatives | Monthly training of Representatives; Training of new Representatives; Weekly Performance Evaluations; Corporate Director of Admissions Trainings; Year-end Performance analysis of Admissions Representatives | Weekly performance reports, training agendas, Chubb Institute Training Manual, meeting agendas, annual evaluation documents Exhibit 13 | 2003 to date |
| Operations, Accounting, Financial Aid and Administrative Support | Quarterly Corporate Operations Manager Conference Call; corporate financial aid/accounting meeting/training | Conference call agendas and minutes; meeting agendas; Exhibit 14 | 2003 to date |
| Career Services | Completion of BrainBench Exams | Meeting Agenda – Exhibit 17 | Third/Fourth Quarter 2003 |
| | National Career Services Meeting | Completion Certificates on file Exhibit 16 | Fourth Quarter 2003 |
| Instructors | Instructor Participation in Trade and Professional Organizations to enhance educational experiences | Documentation of activities in Instructor files Exhibit 9 | 2003 Activities |
| Instructors | Completion of annual performance appraisals to celebrate achievements and identify areas of needed improvement | Documented in Instructor file Exhibit 12 | Completed Annually |
| Instructors and Staff In-Services | Hold regularly scheduled staff and faculty in-services to review policies and procedures and to provide updated information on progress / growth | Documented in Director of Education's office  Exhibit 10 | Bi-weekly meetings |
| **Future Activities Through Year Ending 2007** | | | |
| Career Services | National Career Services meeting | Meeting Agendas | Third Quarter 2004; First Quarter 2005; Third Quarter 2005; First Quarter 2006; Third Quarter 2006; First Quarter 2007; Third Quarter 2007 |
| Operations Manager | Corporate Operations Manager Conference Call | Minutes of Call | Quarterly through 2007 |
| Accounting, Financial Aid | Attend corporate meeting to review policies and procedures and to provide updated information on progress and growth | Meeting Agendas | Annually through 2007 |
| Education Management | Corporate Education Monthly Conference Calls | Minutes of Call | Monthly through 2007 |
| Education Management | Attend national education meetings to stay abreast of course changes | Meeting Agendas | Annually through 2007 |
| Instructors | Completion of BrainBench Exams for skill enhancement and proficiency testing | BrainBench Certification Scores kept on file for each Instructor | Required for each course taught. Program will be re-evaluated at the end of each year |
| Instructors | Industry Participation in Trade and Professional Organizations to enhance educational experiences | Documentation of activities in Instructor files | Reviewed semi-annually for compliance |

| Goal | Target Recipients | Activities | Documentation | Timeframe |
|---|---|---|---|---|
| Insuring students have an environment... Facility & Equipment... Ensuring students have an appropriate work environment to introduce necessary education | Admissions Representatives | Painted 5 administrative offices on the first floor | Work Approved by Operations Manager | First Quarter 2003 |
| | Entire Campus | Third and fourth floor carpet areas cleaned | Work Approved by Operations Manager | First Quarter 2004 |
| | Admissions Representatives | Remodeled Admissions Representative's Office | Work Approved by Operations Manager | Second Quarter 2003 |
| | Entire Campus | First and second floor carpet areas cleaned | Work Approved by Operations Manager | Second Quarter 2003 |
| | Students | Introduced IBM Laptop Model A31 | Documented in Site Tech Office | Third Quarter 2003 |
| | Entire Campus | Third and fourth floor carpet areas cleaned | Work Approved by Operations Manager | Third Quarter 2003 |
| | Community | New Sign Placed on Front of Building | Invoice filed with Accounting | Fourth Quarter 2003 |
| | Students | Evaluate Performance of Networking System to Insure system is capable of handling Educational programs introduce New IBM Laptop Model G40 for student utilization | Student Survey Documents | Reviewed Annually |
| | Students | | Laptop Inventory Documents | First Quarter 2004 |
| | Entire Campus | Third and fourth floor carpet areas cleaned | Work Approved by Operations Manager | Cleaned every other Quarter |
| | Entire Campus | First and second floor carpet areas cleaned | Work Approved by Operations Manager | Cleaned every other Quarter |
| | Students | Purchasing Three Classroom Projectors | Invoice filed with Accounting | Third Quarter 2004 |
| | Students | Painting six Classrooms and replacing worn out furniture | Work Approved by Operations Manager | Fourth Quarter 2004 |
| | Students | Painting and Replacing Lobby Furniture | Work Approved by Operations Manager | First Quarter 2005 |
| | Students | Painting six Classrooms and replacing worn out furniture | Work Approved by Operations Manager | Second Quarter 2005 |
| | Students | Purchasing Three Classroom Projectors | Invoice filed with Accounting | Third Quarter 2006 |
| | Administrative Staff | Painting all Administrative Offices on Second Floor | Work Approved by Operations Manager | Fourth Quarter 2005 |
| | Students | Remodeling of current space to add three additional classrooms | Plans located in Operations Manager's Office | First Quarter 2006 |
| | Students | Painting six Classrooms and replacing worn out furniture | Work Approved by Operations Manager | Fourth Quarter 2006 |
| | Students | Purchasing Three Classroom Projectors | Invoice filed with Accounting | Third Quarter 2007 |

Confidential or Student Information

6-HTI 3410

**Student Placement**

This section is intended to demonstrate the school is meeting its placement criteria set forth by VsGSCTE.

| Goal | Participants | Activities | Benchmarks | Timeframe |
|---|---|---|---|---|
| | Career Services Education | Advisory Board Meeting | Minutes of Meeting          Exhibit 17 | March 2003; November 2003; June 2004 |
| | | Job Fairs to promote students to Employers | Documentation filed on site.  Exhibit 17 | March 2003; December 2003 |
| | Career Services | Development of Employer Telemarketing Strategy to develop job orders for students | Weekly reports Exhibit 17 | Weekly |
| | Career Services Education | Advisory Board Meeting | Minutes of Meetings | Twice Per year |
| | Career Services | On-Site Job Fair | Event documentation filed on site | Three times per year through 2007 |
| | Career Services | Study and Completion of BrainBench Certifications to enhance sales skills | Completion Certificates on File | Annually through 2007 |

Confidential or Student Information

6-HTI 3411

**Goal: Student Retention**
To meet the completion standards set forth by ACCSC for all records or all units

| Participants | Activities | Benchmarks | Timeframes |
|---|---|---|---|
| Students, Instructors and Staff | Implement Retention Management System; establish procedures; train staff for advising; | Record of Student Meetings | Program initiated June 04; Review Monthly to determine effectiveness; report retention statistics quarterly |
| Students and Instructors | Continue to offer Study Skills Workshops to help students learn studying techniques and prepare for exams | Attendance Records | Monthly |
| Students; Tutors; Instructors & Ed Management | Enhance student tutoring program to include visits to classrooms to remind students of tutoring availability; placing posters throughout the school to reinforce the services | Documented Tutoring Sessions | As Tutoring occurs |

Confidential or Student Information

6-HTI 3412