Michael R. McDonald, Esq.
Christine A. Amalfe, Esq.
Megan Frese Porio, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 639-6295

Attorneys for Defendant
The Chubb Corporation

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, and ex rel. MARY BETH PILECKI-SIMKO AND TOM GIUNTA,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHUBB INSTITUTE, THE CHUBB CORPORATION, CHUBB AMERICA SERVICE CORPORATION and HIGH-TECH INSTITUTE, INC.<br><br>Defendants. | Civil Action No. 06-3562 (GEB)(ES)<br><br>*Document electronically filed.*<br><br>Return Date: December 21, 2009<br><br>**NOTICE OF MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>*ORAL ARGUMENT REQUESTED* |

**TO:** Michael S. Green, Esq.
   **GREEN & PAGANO, LLP**
   522 Route 18, P.O. Box 428
   East Brunswick, New Jersey
   08816

Thomas Hylden, Esq.
**POWERS PYLES SUTTER
& VERVILLE, P.C.**
1501 M Street, NW
Seventh Floor
Washington, DC 20005

#1445023 v1
100372-64343

| | |
|---|---|
| Gary S. Graifman, Esq.<br>**KANTROWITZ, GOLDHAMER<br>& GRAIFMAN**<br>210 Summit Avenue<br>Montvale, New Jersey 07645 | Eric A. Savage, Esq.<br>**LITTLER MENDELSON, P.C.**<br>One Newark Center - Eighth Floor<br>Newark, New Jersey 07102 |
| Ed Heyburn, Esq.<br>**LAW OFFICES OF ED<br>HEYBURN**<br>37 Robbinsville-Allentown Road<br>Robbinsville, New Jersey 08691 | John Gustave Silbermann, Jr.<br>**OFFICE OF THE U.S. ATTORNEY**<br>970 Broad Street<br>Suite 700<br>Newark, New Jersey 07102 |

**COUNSEL:**

**PLEASE TAKE NOTICE** that on Monday, December 21, 2009 or on a date and time to be set by the Court, Gibbons P.C., attorneys for Defendant The Chubb Corporation, shall move for an Order dismissing the Second Amended Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief may be granted.

**PLEASE TAKE FURTHER NOTICE** that in support of said Motion, The Chubb Corporation shall rely on the Brief in Support of Defendant, The Chubb Corporation's Motion to Dismiss the Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), the Declaration of Michael R. McDonald submitted herewith, and all other papers on record.

**PLEASE TAKE FURTHER NOTICE** that the within Motion is being filed in accordance with the September 23, 2009 Stipulation and Order issued by the Court.

**PLEASE TAKE FURTHER NOTICE** that the within Motion is being made returnable on Monday, December 21, 2009 and that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated:  October 16, 2009                By:  s/Michael R. McDonald
                                                 Michael R. McDonald, Esq.
                                                 Christine A. Amalfe, Esq.
                                                 Megan Frese Porio, Esq.
                                                 **GIBBONS P.C.**
                                                 One Gateway Center
                                                 Newark, NJ 07102-5310
                                                 Telephone:  (973) 596-4500
                                                 Facsimile:  (973) 639-6295
                                                 mmcdonald@gibbonslaw.com

                                                 Attorneys for Defendant
                                                 The Chubb Corporation