**POWERS PYLES SUTTER & VERVILLE, P.C.**
1501 M Street, NW – Seventh Floor
Washington, D.C. 20005
202.466.6550

**LITTLER MENDELSON**
A Professional Corporation
One Newark Center – Eighth Floor
Newark, New Jersey 07102.5311
973.848.4700
   Attorneys for Defendants The Chubb Institute and High-Tech Institute, Inc..

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, and ex rel. MARY BETH PILECKI-SIMKO and TOM GIUNTA,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHUBB INSTITUTE, THE CHUBB CORPORATION, CHUBB AMERICA SERVICE CORPORATION, and HIGH-TECH INSTITUTE, INC.,<br><br>Defendants. | Civil Action No. 06-3562 (GEB) (ES)<br><br>**NOTICE OF MOTION**<br><br>**Oral Argument Is Requested** |

TO:   Michael S. Green, Esq.
      GREEN & PAGANO, LLP
      Attorneys for Plaintiffs
      522 Route 18 – P. O. Box 428
      East Brunswick, New Jersey 08816

      Gary S. Graifman, Esq.
      KANTROWITZ, GOLDHAMER
          & GRAIFMAN
      Attorneys for Plaintiffs
      210 Summit Avenue
      Montvale, New Jersey 07645

Ed Heyburn, Esq.
LAW OFFICES OF ED HEYBURN
Attorneys for Plaintiffs
37 Robbinsville-Allentown Road
Robbinsville, New Jersey 08691

Gibbons, P.C.
Attorneys for The Chubb Corporation
and Chubb America Service Corporation
One Gateway Center
Newark, New Jersey 07102

**PLEASE TAKE NOTICE** that on November 16, 2009, at 10:00 a.m., or as soon thereafter as counsel may be heard, defendants The Chubb Institute and High-Tech Institute, by and through their counsel, Powers Pyles Sutter & Verville, P.C., and Littler Mendelson, P.C., will move the United States District Court, District of New Jersey, for an Order dismissing the Complaint as to each of them.

**PLEASE TAKE FURTHER NOTICE** that you are entitled to file a response opposing the motion and that any such response must be filed by November 2, 2009, unless an extension is given by the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court can dismiss the Complaint on the basis of Defendants' motion if you do not file a response.

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, the Defendants will rely upon the Memorandum of Law and the exhibits annexed hereto.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorneys for Defendants have requested that oral argument be heard on the within motion.

Dated: October 16, 2009

**POWERS PYLES SUTTER & VERVILLE, P.C.**
Attorneys for Defendants The Chubb Institute and High-Tech Institute, Inc..

By: S/ Thomas Hylden
  THOMAS HYLDEN
  LARRY GONDELMAN

**LITTLER MENDELSON**
Attorneys for Defendants The Chubb Institute and High-Tech Institute, Inc

By: S/ E.A. Savage
  ERIC A. SAVAGE