NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MARY BETH PILECKI-SIMKO and TOM GIUNTA, | Hon. Garrett E. Brown, Jr. |
| Relators, | Civil Action No. 06-3562 |
| v. | **ORDER** |
| THE CHUBB INSTITUTE, THE CHUBB CORPORATION, CHUBB AMERICA SERVICE CORPORATION, and HIGH-TECH INSTITUTE, INC. | |
| Defendants. | |

This matter having come before the Court in response to the Court's March 22, 2010 Order dismissing Relators' Second Amended Complaint without prejudice and requiring Relators to show cause why further amendment would not be futile (Doc. No. 53); and the Court having reviewed the parties' submissions and decided the matter without oral argument; and the Court finding further amendment futile for the reasons set forth in the accompanying Memorandum Opinion;

IT IS THIS 17th day of May, 2010,

ORDERED that Relators' Second Amended Complaint is DISMISSED WITH PREJUDICE, subject to the consent of the Attorney General, it further appearing that the Attorney General of the United States must also "give written consent to the dismissal and . . . reasons for consenting" pursuant to 31 U.S.C. § 3730; accordingly, it is further

ORDERED that the Government shall respond to the Court's reasons for dismissing this action, as stated in the accompanying Memorandum Opinion and the Court's March 22, 2010 Opinion, within 30 days of the receipt of this Order.

        /s/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR., U.S.D.J.