# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>*GARRETT E. BROWN, JR.*<br>CHIEF JUDGE | CLARKSON S. FISHER BLDG. AND U.S. COURTHOUSE<br>402 EAST STATE STREET ROOM 2020<br>TRENTON, NEW JERSEY 08608 |

July 12, 2010

## LETTER ORDER

**RE: *U.S. ex rel. Pilecki-Simko v. The Chubb Institute*, Civil No. 06-3562**

Dear Counsel:

On June 28, 2010, Relators filed a reply brief to their motion (Doc. No. 60) for reconsideration without previously obtaining leave from the Court, in violation of Local Civil Rule 7.1(d)(3). The Court in its discretion will allow Relators' reply brief, but the Court will allow Defendant The Chubb Institute (TCI) to respond to an issue raised for the first time in the reply brief: Relators' allegations concerning TCI's President's Club and "travel bonus program." (*See* Second Amended Complaint ¶ 75.) TCI shall submit a sur-reply of not more than 10 pages, limited solely to this issue, no later than July 19, 2010.

IT IS SO ORDERED.

/s/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR.
United States District Judge